CERTIFICATE OF SERVICE

I hereby certify that on the 2nd day of November 2009, one copy of the foregoing Petition For a Writ of Habeas Corpus and Request for Expedited Review was served by certified mail upon the following by depositing the same in the United States Mail, addressed to:

| | |
|---|---|
| Office of the United States Attorney<br>Attention: Civil Process<br>655 First Avenue North, Suite 250<br>Fargo, ND 58102-2932 | U.S. Attorney General<br>U.S. Department of Justice<br>Attention: Eric Holder<br>950 Pennsylvania Avenue NW<br>Washington, DC 20530-0001 |
| U.S. Department of Homeland Security<br>Attention: Secretary Janet Napolitano<br>Department of Homeland Security<br>Washington, DC 20528 | U.S. Immigration and Customs Enforcement<br>Attention: Scott Baniecke, Field Office Director<br>2901 Metro Drive, Suite 100<br>Bloomington, MN 55425 |
| U.S. Immigration and Customs Enforcement<br>500 12th Street SW<br>Washington, DC 20536 | Office of the Grand Forks County Sheriff<br>Attention: Sheriff Dan Hill<br>P.O. Box 12608<br>Grand Forks, ND 58208-2608 |
| Grand Forks County Correctional Center<br>Attention: Bret Burkholder, Administrator<br>1701 North Washington<br>Grand Forks, ND 58206-5244 | |

_____
Brenda Walz