# CERTIFICATE OF SERVICE

I hereby certify that on the 16th day of November, 2009, a copy of the Petition for a Writ of Habeas Corpus and Request for Expedited Review dated October 29, 2009 and Order dated November 13, 2009 were served by certified mail upon the following by depositing same in the United States Mail, addressed to:

| | |
|---|---|
| Office of the United States Attorney<br>Attn: Civil Process<br>655 First Avenue South, Suite 250<br>Fargo, ND 58102-2932 | U.S. Attorney General<br>U.S. Department of Justice<br>Attn: Eric Holder<br>950 Pennsylvania Avenue NW<br>Washington, DC 20530-0001 |
| U.S. Department of Homeland Security<br>Attn: Secretary Janet Napolitano<br>Washington, DC 20528 | U.S. Immigration and Customs Enforcement<br>Attn: Scott Baniecke, Field Office Director<br>2901 Metro Drive, Suite 100<br>Bloomington, MN 55425 |
| U.S. Immigration and Customs Enforcement<br>500 12th Street SW<br>Washington, DC 20536 | Office of the Grand Forks County Sheriff<br>Attn: Sheriff Dan Hill<br>P.O. Box 12608<br>Grand Forks, ND 58208-2608 |
| Grand Forks County Correctional Center<br>Attn: Bret Burkholder, Administrator<br>1701 North Washington<br>Grand Forks, ND 58206-5244 | |

_____
Barbara J. Zappa

fb.us.4592258.01