IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NORTH DAKOTA
NORTHEASTERN DIVISION

Patua Wopea,                              )
                                          )
                    Petitioner,           )
                                          )        Case No. 2:09-cv-98
            -vs-                          )
                                          )    **ORDER ADOPTING REPORT AND**
Eric Holder, Attorney General, et al.,    )         **RECOMMENDATION**
                                          )
                    Respondents.          )

The Court has received a Report and Recommendation from the Honorable Karen K. Klein, United States Magistrate Judge, pursuant to 28 U.S.C. § 636, recommending that Respondents' motion to dismiss (Doc. #6) be granted, and Wopea's petition for a writ of habeas corpus (Doc. #1) be dismissed with prejudice.  The Court has reviewed the Report and Recommendation, along with the entire file, and finds that the Magistrate Judge's position is correct.  Accordingly, the Court hereby adopts the Report and Recommendation in its entirety. For the reasons set forth therein, Respondents' motion to dismiss is **GRANTED**, and Wopea's petition for habeas relief is hereby **DISMISSED**  with prejudice, as Wopea has been removed from the United States.  Let judgment be entered accordingly.

**IT IS SO ORDERED.**

Dated this 18th day of February, 2010.

                                    */s/   Ralph R. Erickson*
                                    Ralph R. Erickson, Chief Judge
                                    United States District Court