Judgment in a Civil Case

# United States District Court

District of North Dakota - Northeastern Division

Patua Wopea

              v.

Eric Holder, United States Attorney General;
Janet Napolitano, Secretary of the Department
of Homeland Security;
Scott Baniecke, Field Office Director, U.S.
Immigration and Customs Enforcement;
Dan Hill, Sheriff of Grand Forks County; and
Bret Burkholder, Jail Administrator for Grand
Forks County Correction Center

**JUDGMENT IN A CIVIL CASE**

Case Number:  2:09-cv-98

__X__   **Decision on Motion.**   This action came before the Court on motion. The issues have been considered and a decision rendered.

    IT IS ORDERED AND ADJUDGED pursuant to the Order Adopting Report and Recommendation filed February 18, 2010, Respondents' Motion to Dismiss is granted; Wopea's Petition for habeas relief is dismissed with prejudice.

 2/18/2010  
Date

ROBERT ANSLEY  
Clerk

*/s/ Lori A. Haberer*  
By Deputy Clerk - Lori A. Haberer